## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REVEREND PAUL CLARK | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-2610 |
| ALBRIGHT COLLEGE | : | |

### ORDER

**AND NOW**, this 15th day of March, 2022, upon consideration of Defendant Albright College's Motion to Dismiss the Complaint or, in the Alternative, for Summary Judgment (ECF No. 16), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss the Complaint pursuant to Federal Rule of Federal Procedure 12(b)(6) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may file a second amended complaint, if desired, on or before **April 14, 2022**. Failure to do so will result in dismissal of this action with prejudice without further notice. Plaintiff is cautioned that failure to comply with pleading standards may result in the dismissal of his action with prejudice.

**BY THE COURT:**

**/s/ Judge John Milton Younge**
**Judge John Milton Younge**